```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         4:08CR3054
                               )
         v.                    )
                               )
LUIS ARTURO GOMEZ CORRALES,    )         ORDER
                               )
              Defendant.       )
                               )
```

IT IS ORDERED:

The pretrial services officer shall investigate the defendant's proposal for release conditions and make a report to the court and counsel as soon as practicable.

DATED this 23rd day of April, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge