```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         4:08CR3054
                               )
        v.                     )
                               )
LUIS ARTURO GOMEZ CORRALES,    )           ORDER
                               )
              Defendant.       )
                               )
```

In accordance with the discussion with counsel during the hearing held on April 28, 2008,

IT IS ORDERED:

Defendant's motion to modify conditions of release, filing 13, is denied without prejudice, and counsel may file a new motion.

DATED this 7th day of May, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge