IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3054 |
| | ) | |
| v. | ) | |
| | ) | |
| LUIS ARTURO GOMEZ CORRALES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

In view of the report of the pretrial services officer and the requirements of 18 U.S.C. 3143,

IT IS ORDERED:

The motion to modify conditions of release, filing 26, is denied.

DATED this 9th day of September, 2008.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge