IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3054 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LUIS ARTURO GOMEZ-CORRALES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The government's unopposed motion to continue sentencing (filing 43) is granted.

(2) Defendant Gomez-Corrales' evidentiary hearing and sentencing are continued to Tuesday, November 4, 2008, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

October 24, 2008.         BY THE COURT:

                          s/ *Richard G. Kopf*
                          United States District Judge