IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3054 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LUIS GOMEZ-CORRALES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant shall be present for his February 5, 2010 Rule 35 hearing.

February 4, 2010.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge